# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | : |
| QUANTUM FOODS, LLC, | : Chapter 11 |
| Debtor. | : Case No. 14-10318 (___) |
| Employer Tax I.D. No. 20-2639437 | : |

|  |  |
|---|---|
| In re | : |
| QUANTUM FOODS 213-D, LLC, | : Chapter 11 |
| Debtor. | : Case No. 14-10319 (___) |
| Employer Tax I.D. No. 20-5201862 | : |

|  |  |
|---|---|
| In re | : |
| QUANTUM CULINARY, LLC, | : Chapter 11 |
| Debtor. | : Case No. 14-10320 (___) |
| Employer Tax I.D. No. 36-4461302 | : |

|  |  |
|---|---|
| In re | : |
| GDC LOGISTICS, LLC, | : Chapter 11 |
| Debtor. | : Case No. 14-10321 (___) |
| Employer Tax I.D. No. 20-5201997 | : |

|  |  |
|---|---|
| In re | : |
| CHOICE ONE FOODS, LLC, | : Chapter 11 |
| Debtor. | : Case No. 14-10322 (___) |
| Employer Tax I.D. No. 20-2639512 | : |

01:15063197.1

**DEBTORS' MOTION FOR AN ORDER AUTHORIZING JOINT ADMINISTRATION OF THEIR CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1**

Quantum Foods, LLC ("Quantum Foods") and its affiliated debtors and debtors in possession in the above-captioned cases (each a "Debtor," and collectively, the "Debtors"),[1] by and through their proposed undersigned counsel, respectfully bring this motion (the "Motion") for entry of an order, pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the Debtors to jointly administer their chapter 11 cases (the "Chapter 11 Cases"). In support of the Motion, the Debtors rely upon and incorporate by reference the *Declaration of Edgar Reilly in Support of Debtors' Chapter 11 Petitions and First Day Motions* (the "First Day Declaration")[2], which was filed with the Court concurrently herewith. In further support of the Motion, the Debtors, by and through their proposed undersigned counsel, respectfully represent as follows:

**JURISDICTION**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of these cases and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The relief requested herein is predicated on Bankruptcy Rule 1015 and Local Rule 1015-1.

---

[1] The mailing address of each of the Debtors is c/o Quantum Foods, LLC, 750 South Schmidt Road, Bolingbrook, Illinois 60440.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the First Day Declaration.

01:15063197.1

**BACKGROUND**

2. On the date hereof (the "Petition Date"), the Debtors commenced voluntary cases under the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these Chapter 11 Cases and no committees have been appointed or designated.

3. The Debtors, headquartered in Bolingbrook, Illinois, are a leading further-processor of proteins, including beef, pork and poultry.

4. Founded in 1990 as a hand-cut steak butchering operation, the Debtors provide custom-menu solutions for national and regional chains, including full-service and quick-service restaurants. The Debtors are also an important co-packer to the nation's largest retailers and serve the hospitality industry and the United States military. The Debtors' customer base includes household names in the foodservice, retail, industrial, and specialty (e.g., military, schools, home delivery and distributor) channels.

5. In laymen's terms, the Debtors purchase raw protein products and further prepare them for the needs of the Debtors' customers at the Debtors' state of the art Bolingbrook facilities. This preparation process includes specific portioning and packaging of serving sizes custom ordered by the Debtors' clients. The Debtors provide their restaurant clients with precise portion controlled meat products, a quality that customers in the Debtors' business greatly value. The Debtors' products include both fully cooked and ready-to-cook items. The Debtors' ready-to-cook offerings include portion controlled, breaded, par-cooked, unbreaded, and seasoned steaks, cutlets, tenders and strips. The Debtors' fully-cooked offerings include whole muscle, as

well as sliced, pulled, unbreaded, seasoned, smoked, and sauced meats, often contained in reheatable bags.

6. Further information regarding the Debtors' business, capital structure, and the circumstances leading to these chapter 11 cases is set forth in the First Day Declaration, which is incorporated herein by reference.

## RELIEF REQUESTED

7. By this Motion, the Debtors seek the entry of an order, pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, consolidating the Debtors' Chapter 11 Cases for procedural purposes only.

8. Many of the motions, applications, hearings and orders that will arise in these Chapter 11 Cases will jointly affect each Debtor. For this reason, the Debtors respectfully submit that the interests of the Debtors, their creditors and other parties in interest would be best served by the joint administration of these Chapter 11 Cases. In order to optimally and economically administer the Debtors' pending Chapter 11 Cases, the Debtors submit that such cases should be jointly administered, for procedural purposes only, under the case number assigned to Quantum Foods.

9. The Debtors also request that the clerk of the Court maintain one file and one docket for all of the Debtors' Chapter 11 Cases, which file and docket shall be the file and docket for Quantum Foods.

10. The Debtors further request that the caption of these Chapter 11 Cases be modified as follows to reflect their joint administration:

01:15063197.1

```
------------------------------------------------------------  x
In re                                                         :   Chapter 11
                                                              :
QUANTUM FOODS, LLC, et al.,¹                                  :   Case No. 14-10318 (___)
                                                              :
       Debtors.                                               :   Jointly Administered
                                                              :
------------------------------------------------------------  x
```

11.     In addition, the Debtors seek the Court's direction that a separate docket entry be made on the docket of each of the other Debtors' Chapter 11 Cases, substantially as follows:

> An order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of Quantum Foods, LLC, Quantum Foods 213-D, LLC, Quantum Culinary, LLC, GDC Logistics, LLC, and Choice One Foods, LLC, and all subsequently filed chapter 11 cases of such debtors' affiliates. The docket in the chapter 11 case of Quantum Foods, LLC, Case No. 14-10318 (___), should be consulted for all matters affecting this case.

## BASIS FOR RELIEF REQUESTED

12.     Pursuant to Bankruptcy Rule 1015(b), if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the Court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). Local Rule 1015-1 similarly provides for joint administration of chapter 11 cases when the facts demonstrate that joint administration "is warranted and will ease the administrative burden for the Court and the parties." Del. Bankr. LR 1015-1. In this case, all of the Debtors are "affiliates" of Quantum Foods as that term is

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Quantum Foods, LLC (9437); Quantum Foods 213-D, LLC (1862); Quantum Culinary, LLC (1302); GDC Logistics, LLC (1997); Choice One Foods, LLC (9512). The Debtors' mailing address is c/o Quantum Foods, LLC, 750 South Schmidt Road, Bolingbrook, Illinois 60440.

01:15063197.1

defined in section 101(2) of the Bankruptcy Code and, accordingly, this Court has the authority to grant the relief requested herein.

13. Additionally, the joint administration of the Debtors' respective estates will ease the administrative burden on the Court and all parties in interest in these Chapter 11 Cases.

14. The joint administration of these Chapter 11 Cases will also permit the Clerk of the Court to utilize a single docket for all of the cases and to combine notices to creditors and other parties in interest in the Debtors' respective cases. In addition, there will likely be numerous motions, applications, and other pleadings filed in these Chapter 11 Cases that will affect most or all of the Debtors. Joint administration will permit counsel for all parties in interest to include all of the Debtors' Chapter 11 Cases in a single caption for the numerous documents that are likely to be filed and served in these cases. Moreover, joint administration will also enable parties in interest in each of the Chapter 11 Cases to stay apprised of all the various matters before the Court.

15. The Debtors submit that joint administration of these Chapter 11 Cases will not prejudice or adversely affect the rights of the Debtors' creditors because the relief sought herein is purely procedural and is not intended to affect substantive rights. Because these Chapter 11 Cases involve five Debtors, joint administration will significantly reduce the volume of paper that otherwise would be filed with the clerk of this Court, render the completion of various administrative tasks less costly, and minimize the number of unnecessary delays. Moreover, the relief requested by this Motion will also simplify supervision of the administrative aspects of these cases by the Office of the United States Trustee.

16. Finally, the entry of joint administration orders in multiple related cases similar to these, is common in this District and elsewhere. <u>See</u>, <u>e.g.</u>, <u>Buffets Rest. Holdings, Inc.</u>, Case No. 12-10237 (MFW) (Bankr. D. Del. Jan. 19, 2012) (order directing joint administration of chapter 11 cases); <u>In re Los Angeles Dodgers LLC</u>, Case No. 11-12010 (KG) (Bankr. D. Del. June 28, 2011) (same); <u>In re Allen Family Foods, Inc.</u>, Case No. 11-11764 (KJC) (Bankr. D. Del. June 10, 2011) (same); <u>In re Spheris Inc.</u>, Case No. 10-10352 (KG) (Bankr. D. Del. Feb. 4, 2010) (same).

17. For these reasons, the Debtors submit that the relief requested herein is in the best interests of the Debtors, their estates, and creditors, and therefore should be granted.

## **NOTICE**

18. Notice of this Motion has been provided to: (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to Crystal Financial LLC; and (iii) the Debtors' thirty (30) largest unsecured creditors on a consolidated basis. Notice of this Motion and any order entered hereon will be served in accordance with Local Rule 9013-1(m). In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

## **CONCLUSION**

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form annexed hereto as <u>Exhibit A</u>, granting the relief requested in the Motion and such other and further relief as this Court deems just and proper.

Dated: February 18, 2014
       Wilmington, Delaware

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ M. Blake Cleary*
M. Blake Cleary (No. 3614)
Kenneth J. Enos (No. 4544)
Andrew L. Magaziner (No. 5426)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

WINSTON & STRAWN LLP

Daniel J. McGuire
Gregory M. Gartland
Caitlin S. Barr
35 West Wacker Drive
Chicago, Illinois  60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Proposed Counsel for Debtors and
Debtors in Possession*

# EXHIBIT A
**Proposed Order**

01:15063197.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | |
| | : | |
| QUANTUM FOODS, LLC, | : | Chapter 11 |
| | : | |
|                Debtor. | : | Case No. 14-10318 (___) |
| | : | |
| Employer Tax I.D. No. 20-2639437 | : | |
| | | |
| In re | : | |
| | : | |
| QUANTUM FOODS 213-D, LLC, | : | Chapter 11 |
| | : | |
|                Debtor. | : | Case No. 14-10319 (___) |
| | : | |
| Employer Tax I.D. No. 20-5201862 | : | |
| | | |
| In re | : | |
| | : | |
| QUANTUM CULINARY, LLC, | : | Chapter 11 |
| | : | |
|                Debtor. | : | Case No. 14-10320 (___) |
| | : | |
| Employer Tax I.D. No. 36-4461302 | : | |
| | | |
| In re | : | |
| | : | |
| GDC LOGISTICS, LLC, | : | Chapter 11 |
| | : | |
|                Debtor. | : | Case No. 14-10321 (___) |
| | : | |
| Employer Tax I.D. No. 20-5201997 | : | |
| | | |
| In re | : | |
| | : | Chapter 11 |
| CHOICE ONE FOODS, LLC, | : | |
| | : | Case No. 14-10322 (___) |
|                Debtor. | : | |
| | : | |
| Employer Tax I.D. No. 20-2639512 | : | **Ref. Docket No.** _____ |

01:15063197.1

**ORDER AUTHORIZING JOINT ADMINISTRATION
PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1**

Upon consideration of the motion (the "<u>Motion</u>")[1] of Quantum Foods, LLC and its affiliated debtors and debtors in possession in the above-captioned cases (each a "<u>Debtor</u>," and collectively, the "<u>Debtors</u>") for entry of an order, pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, authorizing the joint administration of the Debtors' cases under chapter 11 of the Bankruptcy Code; and upon the First Day Declaration; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b) and that venue of these cases and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by this Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED, as set forth herein.

2. The above-captioned cases are consolidated for procedural purposes only, and shall not be a substantive consolidation of the respective estates. These cases shall be administered jointly under Case No. 14-10318 (___) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1, and the joint caption of the cases shall read as follows:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

```
------------------------------------------------------------ x
In re                                            :      Chapter 11
                                                 :
QUANTUM FOODS, LLC, et al.,¹                     :      Case No.  14-10318 (___)
                                                 :
        Debtors.                                 :      Jointly Administered
                                                 :
------------------------------------------------------------ x
```

        3.    All original pleadings shall be captioned as indicated in the preceding paragraph and all original docket entries shall be made in the case of Quantum Foods, LLC, Case No. 14-10318 (___), and a docket entry shall be made in the other Debtors' Chapter 11 Cases substantially as follows:

> 4.    An order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of Quantum Foods, LLC, Quantum Foods 213-D, LLC, Quantum Culinary, LLC, GDC Logistics, LLC, and Choice One Foods, LLC, and all subsequently filed chapter 11 cases of such debtors' affiliates. The docket in the chapter 11 case of Quantum Foods, LLC, Case No. 14-10318 (___), should be consulted for all matters affecting this case.

        5.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2014
       Wilmington, Delaware

                                                                     _____
                                                                     United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Quantum Foods, LLC (9437); Quantum Foods 213-D, LLC (1862); Quantum Culinary, LLC (1302); GDC Logistics, LLC (1997); Choice One Foods, LLC (9512). The Debtors' mailing address is c/o Quantum Foods, LLC, 750 South Schmidt Road, Bolingbrook, Illinois 60440.

01:15063197.1