# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re                                            :     Chapter 11
                                                 :
QUANTUM FOODS, LLC, *et al.*,[1]                 :     Case No. 14-10318 (KJC)
                                                 :
        Debtors.                         :     Joint Administration Requested
                                                 :
------------------------------------------------------------ x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON FEBRUARY 20, 2014 AT 11:00 A.M. (ET)

**I.   PETITIONS AND RELATED FIRST DAY PLEADINGS**

1. Voluntary Petition Packages

   a. Quantum Foods, LLC [Case No. 14-10318]
   b. Quantum Foods 213-D, LLC [Case No. 14-10319]
   c. Quantum Culinary, LLC [Case No. 14-10320]
   d. GDC Logistics, LLC [Case No. 14-10321]
   e. Choice One Foods, LLC [Case No. 14-10322]

2. Declaration of Edgar Reilly in Support of Chapter 11 Petition and First Day Pleadings [D.I. 2, 2/18/14]

**II.   FIRST DAY APPLICATIONS AND MOTIONS GOING FORWARD**

3. Debtors' Motion for an Order Authorizing Joint Administration of Their Chapter 11 Cases Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1 [D.I. 3, 2/18/14]

4. Debtors' Application for an Order Authorizing and Approving the Appointment of BMC Group, Inc. as Claims and Noticing Agent Pursuant to 28 U.S.C. § 156(c), Section 105(a) of the Bankruptcy Code, and Local Rule 2002-1(f) [D.I. 4, 2/18/14]

5. Debtors' Motion for an Order (I) Approving Cash Management System; (II) Authorizing Use of Prepetition Bank Accounts and Business Forms; and (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis [D.I. 5, 2/18/14]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Quantum Foods, LLC (9437); Quantum Foods 213-D, LLC (1862); Quantum Culinary, LLC (1302); GDC Logistics, LLC (1997); Choice One Foods, LLC (9512). The Debtors' mailing address is c/o Quantum Foods, LLC, 750 South Schmidt Road, Bolingbrook, Illinois 60440.

01:15034542.1

6. Debtors' Motion for an Order, Pursuant to Bankruptcy Code Section 105(a), 363(b), 503(b), 507(a)(4), and 507(a)(8), and Bankruptcy Rules 6003 and 6004, (A) Authorizing Debtors to (I) Pay Certain Employee Compensation and Benefits and (II) Maintain and Continue Such Benefits and Other Employee-Related Programs and (B) Authorizing and Directing Banks and Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [D.I. 6, 2/18/14]

7. Debtors' Motion for an Order Pursuant to Sections 105(a), 363(b), 507(a)(8), and 541 of the Bankruptcy Code Authorizing (I) Payment of Certain Prepetition Taxes and (II) Financial Institutions Receive, Process and Honor Related Checks and Transfers [D.I. 7, 2/18/14]

8. Debtors' Motion for an Order Authorizing (I) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Liability, Property, and Other Insurance Programs, Including Payment of Policy Premiums and (II) Continuation of Insurance Premium Financing Programs [D.I. 8, 2/18/14]

9. Debtors' Motion for an Order Authorizing the Debtors to Honor Certain Prepetition Customer Obligations and to Continue Prepetition Customer Programs and Practices in the Ordinary Course of Business [D.I. 9, 2/18/14]

10. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Claims of Certain Critical Vendors [D.I. 10, 2/18/14]

11. Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Section 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [D.I. 11, 2/18/14]

12. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(3), 364(d)(1), 364(e), and 507, (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (C) Grant Priming Liens and Superpriority Claims to the DIP Lenders, (D) Provide Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364, and (E) Repay in Full Amounts Owed in Connection with the Prepetition Secured Loans or Otherwise Converting the Prepetition Secured Obligations into Postpetition Secured Obligations, (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C) and (III) Granting Related Relief [D.I. 12, 2/18/14]

Related Document:

A.  Declaration of Michael Buenzow in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(3), 364(d)(1), 364(e), and 507, (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (C) Grant Priming Liens and Superpriority Claims to the DIP Lenders, (D) Provide Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364, and (E) Repay in Full Amounts Owed in Connection with the Prepetition Secured Loans or Otherwise Converting the Prepetition Secured Obligations into Postpetition Secured Obligations, (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C) and (III) Granting Related Relief [D.I. 13, 2/18/14]

| | |
|---|---|
| Dated:  February 19, 2014<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ M. Blake Cleary*<br>M. Blake Cleary (No. 3614)<br>Kenneth J. Enos (No. 4544)<br>Andrew L. Magaziner (No. 5426)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>WINSTON & STRAWN LLP<br>Daniel J. McGuire<br>Gregory M. Gartland<br>Caitlin S. Barr<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br><br>*Proposed Counsel for Debtors and Debtors in Possession* |