**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Quantum Foods, LLC, *et al*. | : | Case No. 14-10318 (KJC) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |
| --------------------------------- | | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **United Food and Commercial Workers International**, Attn: Terry Kramer, 2246 Palmer Dr., Unit #101, Schaumburg, IL 60173, Phone: 847-593-3500, Fax: 847-593-3515

2. **Peco Foods Inc.**, Attn: Mitchell Wharton, 1020 Lurleen Wallace Blvd. N., Tuscaloosa, AL 35401, Phone: 205-464-4947, Fax: 205-366-4519

3. **Colorado Premium Foods**, Attn: Michael C. Rodgers, 2305 2nd Ave., Greeley, CO 80635, Phone: 720-454-2974

4. **Excel Displays & Packaging, Inc.**, Attn: Shane Mikula, 4390 Liberty St., Aurora, IL 60504, Phone: 630-896-3610, Fax: 630-896-3843

5. **Harvest Meat Co., Inc**., Attn: Mike Bauler, 1022 Bay Marina Dr., #106, San Diego, CA 91950, Phone: 800-653-2333x1112, Fax: 619-477-6107


ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ Richard L. Schepacarter for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: February 27, 2014

Attorney assigned to this Case: Richard L. Schepacarter, Esq. Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: M. Blake Cleary, Esq. Phone: (302) 571-6600, Fax: (302) 571-1253