IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| QUANTUM FOODS, LLC, *et al.*,[1] | ) Case No. 14-10318 (KJC) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") hereby enters its appearance by and through its proposed counsel, **Richards, Layton & Finger, P.A.** pursuant to 11 U.S.C. § 1109(b), rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, Local Rule 2002-1(b) and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases and any other case(s) consolidated therewith be given and served upon the counsel listed below:

> Mark D. Collins, Esq. (No. 2981)
> Russell C. Silberglied (No. 3462)
> Michael J. Merchant, Esq. (No. 3854)
> Christopher M. Samis, Esq. (No. 4909)
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, Delaware 19801
> Telephone: (302) 651-7700
> Facsimile: (302) 651-7701
> E-mail: collins@rlf.com
>     silberglied@rlf.com
>     merchant@rlf.com
>     samis@rlf.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Quantum Foods, LLC (9437); Quantum Foods 213-D, LLC (1862); Quantum Culinary, LLC (1302); GDC Logistics, LLC (1997); Choice One Foods, LLC (9512). The Debtors' mailing address is c/o Quantum Foods, LLC, 750 South Schmidt Road, Bolingbrook, Illinois 60440.

RLF1 9983707v.1

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Local Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, email or otherwise filed or made with regard to the referenced cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that this *Notice of Appearance and Demand for Notices and Papers* shall not be deemed or construed to be a waiver of the Committee's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which the Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Dated: March 4, 2014
      Wilmington, Delaware

Respectfully submitted,

/s/ Mark D. Collins

Mark D. Collins, Esq. (No. 2981)
Russell C. Silberglied (No. 3462)
Michael J. Merchant, Esq. (No. 3854)
Christopher M. Samis, Esq. (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: collins@rlf.com
        silberglied@rlf.com
        merchant@rlf.com
        samis@rlf.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

RLF1 9983707v.1