IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
: 
*In re:* : Chapter 11
: 
QUANTUM FOODS, LLC, *et al.*,[1] : Case No. 14-10318 (KJC)
: 
Debtors. : Jointly Administered
: 
: **Docket Ref. Nos. 16 & 162**
---------------------------------------------------------x

## NOTICE OF NO QUALIFIED BIDDERS AND CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE THAT**, pursuant to the *Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets and Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (B) Scheduling the Auction, (C) Authorizing Reimbursement of Purchaser Expenses, (D) Approving the Deposit Escrow Agreement, (E) Approving the Assumption and Assignment Procedures Related to the Sale, (F) Scheduling the Sale Hearing, and (G) Approving the Form of the Sale Notice* [Docket No. 162] (the "Bid Procedures Order"), entered on March 18, 2014, (i) the deadline for submitting bids by a Qualifying Bidder[2] was April 16, 2014 at 10:00 a.m. (ET) (the "Bid Deadline"), and (ii) in the event more than one Qualified Bid was received, an auction would be held on April 17, 2014 at 10:30 a.m. (Chicago time) (the "Auction").

**PLEASE TAKE FURTHER NOTICE THAT** no Qualified Bids other than that received from the Stalking Horse Bidder were received prior to the Bid Deadline with respect to substantially all of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE THAT** General Electric Capital Corporation submitted the only Qualifying Bid prior to the Bid Deadline with respect to the equipment identified in the Master Lease Schedules listed in Section II.E and II.F of the Bid Procedures.

**PLEASE TAKE FURTHER NOTICE THAT the Auction will not be held and is hereby cancelled.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Quantum Foods, LLC (9437); Quantum Foods 213-D, LLC (1862); Quantum Culinary, LLC (1302); GDC Logistics, LLC (1997); Choice One Foods, LLC (9512). The Debtors' mailing address is c/o Quantum Foods, LLC, 750 South Schmidt Road, Bolingbrook, Illinois 60440.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Order or the Bid Procedures annexed thereto, as applicable.

**Error!**

Dated: April 16, 2014
      Wilmington, Delaware

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Andrew L. Magaziner*
M. Blake Cleary (No. 3614)
Kenneth J. Enos (No. 4544)
Andrew L. Magaziner (No. 5426)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

WINSTON & STRAWN LLP

Daniel J. McGuire
Gregory M. Gartland
Caitlin S. Barr
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Counsel for Debtors and
Debtors in Possession*

**Error!**