IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re                                            :   Chapter 11
                                                 :
QUANTUM FOODS, LLC, *et al.*,[1]                 :   Case No. 14-10318 (KJC)
                                                 :
            Debtors.                             :   Jointly Administered
                                                 :
---------------------------------------------------------------- x

NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 22, 2014 AT 10:00 A.M. (ET)[3]

## ADJOURNED/RESOLVED MATTERS

1. Debtors' First Omnibus Motion for an Order Authorizing Rejection of Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to February 19, 2014 [D.I. 27, 2/19/14]

    Response Deadline:    March 5, 2014 at 4:00 p.m. (ET) [Extended until March 12, 2014 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors and United Food & Commercial Workers International Union Local 1546 and related funds]

    Responses Received:

    A.    Objection of David Prill [D.I. 81, 3/5/14]

    B.    Objection of Roger Wilson [D.I. 86, 3/6/14]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Quantum Foods, LLC (9437); Quantum Foods 213-D, LLC (1862); Quantum Culinary, LLC (1302); GDC Logistics, LLC (1997); Choice One Foods, LLC (9512). The Debtors' mailing address is c/o Quantum Foods, LLC, 750 South Schmidt Road, Bolingbrook, Illinois 60440.

[2] **Amended items appear in bold.**

[3] **With permission from the Court, the hearing that was originally scheduled for April 21, 2014 at 11:00 a.m. (ET) will go forward on April 22, 2014 at 10:00 a.m. (ET).**

Related Documents:

    C.    Order Authorizing Rejection of Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to February 19, 2014 [D.I. 125, 3/12/14]

Status:    With respect to Items A and B, this matter is adjourned until May 28, 2014 at 3:00 p.m. (ET). An order has been entered with respect to the remainder of this matter.

2.    Debtors' Second Omnibus Motion for an Order Authorizing Rejection of Certain Executory Contracts *Nunc Pro Tunc* to March 7, 2014 [D.I. 94, 3/7/14]

    Response Deadline:    March 21, 2014 at 4:00 p.m. (ET) [Extended until April 14, 2014 for Venture Marketing]

    Responses Received:    None.

    Related Documents:

    A.    Order Authorizing Rejection of Certain Executory Contracts *Nunc Pro Tunc* to March 7, 2014 [D.I. 187, 3/26/14]

    **B.    Certification of Counsel [D.I. 256, 4/18/14]**

    Status:    **A Certification of Counsel has been filed** with respect to Venture Marketing. An order has been signed with respect to the remainder of this matter.

3.    Application of the Official Committee of Unsecured Creditors to Authorize the Retention and Employment of Richards, Layton & Finger, P.A. as Counsel to the Creditors' Committee *Nunc Pro Tunc* to February 27, 2014 [D.I. 184, 3/25/14]

    Response Deadline:    April 14, 2014 at 4:00 p.m. (ET)

    Responses Received:    None.

    Related Documents:

    A.    Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Counsel to the Creditors Committee Nunc Pro Tunc to February 27, 2014 [D.I. 251, 4/17/14]

    Status:    An order has been entered.

4. Application for an order Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Del. Bankr. L.R. 2014-1 Authorizing the Retention and Employment of Triton Capital Partners, Ltd. as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to February 27, 2014 [D.I. 185, 3/25/14]

   Response Deadline:              April 14, 2014 at 4:00 p.m. (ET)

   Responses Received:             None.

   Related Documents:

   A. Order Authorizing the Retention and Employment of Triton Capital Partners, Ltd. as Financial Advisor to the Official Committee of Unsecured Creditors Nunc Pro Tunc to February 27, 2014 [D.I. 252, 4/17/14]

   Status:    An order has been entered.

5. Debtors' Motion for Order Under 11 U.S.C. §§ 105(a), 327, 330 and 331 Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business [D.I. 190, 3/28/14]

   Response Deadline:              April 11, 2014 at 4:00 p.m. (ET)

   Responses Received:             None.

   Related Documents:

   A. Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized in Ordinary Course of Business [D.I. 239, 4/16/14]

   Status:    An order has been entered.

**UNCONTESTED MATTER GOING FORWARD**

6. Official Committee of Unsecured Creditors' Motion to Extend the Challenge Period Through and Including May 28, 2014 [D.I. 219, 4/14/14]

   Response Deadline:              April 18, 2014 at 4:00 p.m. (ET)

   Responses Received:             None at this time.

   Related Documents:

   A. Order Shortening the Notice and Objection Periods With Respect to the Official Committee of Unsecured Creditors' Motion to Extend the Challenge Period Through and Including May 28, 2014 [D.I. 222, 4/15/14]

      B.      Amended Notice of Motion and Hearing [D.I. 224, 4/15/14]

      **C.**      **Stipulation Between The Official Unsecured Creditors Committee and Crystal Financial LLC, Agent for the Pre-Petition Lenders and the DIP Lenders, for Extension of Challenge Period, With Partial Waiver of Challenge as to Perfection [D.I. 257, 4/18/14]**

      **Status:**    This matter has been resolved on consent.

**CONTESTED MATTER GOING FORWARD**

7.    Debtors' Motion for Orders (I)(A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets and Authorizing the Debtors to Enter Into the Stalking Horse Agreement (B) Scheduling the Auction, (C) Authorizing Payment of the Break-Up Fee, (D) Approving the Deposit Escrow Agreement, (E) Approving the Assumption and Assignment Procedures Related to the Sale, (F) Scheduling the Sale Hearing, and (G) Approving the Form of the Sale Notice; and (II) (A) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Purchase Agreement for Such Sale, (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (D) Granting Related Relief [D.I. 16, 2/18/14]

| | |
|---|---|
| Sale Response Deadline: | April 14, 2014 at 4:00 p.m. (ET) [Extended until April 15, 2014 at 4:00 p.m. (ET) for the U.S. Department of Agriculture and the Environmental Protection Agency; Extended until April 17, 2014 at 11:00 a.m. (ET) for United Food & Commercial Workers International Union Local 1546, United Food & Commercial Workers Union Local 1546 Health and Welfare Fund and United Food & Commercial Workers Union Local 1546 Pension Fund] |
| Cure Notice Response Deadline: | April 14, 2014 at 4:00 p.m. (ET) [Extended until April 15, 2014 at 4:00 p.m. (ET) for Griffin Capital Corporation; Extended until April 17, 2014 at 11:00 a.m. (ET) for Farm Credit Leasing Services Corp. and United Food & Commercial Workers International Union Local 1546, United Food & Commercial Workers Union Local 1546 Health and Welfare Fund and United Food & Commercial Workers Union Local 1546 Pension Fund; Extended until the morning of April 17, 2014 for Independent Purchasing Cooperative, Inc.] |

Responses Received:

    A.    Informal response from the U.S. Department of Agriculture

    B.    Informal response from Cracker Barrel

    C.    Informal response from Independent Purchasing Cooperative, Inc. as to the assignability of the contract

    D.    Limited Objection of Raymond Leasing Corporation to the Sale, Assumption or Assignment of Its Property Pursuant to the Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets and Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (B) Scheduling the Auction, (C) Authorizing Reimbursement of Purchaser Expenses, (D) Approving the Deposit Escrow Agreement, (E) Approving the Assumption and Assignment Procedures Related to the Sale, (F) Scheduling the Sale Hearing, and (G) Approving the Form of the Sale Notice [D.I. 199, 4/10/14]

    E.    Limited Objection of PNCEF, LLC d/b/a PNC Equipment Finance to Debtors' Proposed Assumption and Assignment of Certain Unexpired Leases and the Cure Costs Related Thereto [D.I. 202, 4/14/14]

    F.    Limited Objection and Reservation of Rights of Central States Automatic Sprinklers, Inc. to Sale of Assets of Debtors [D.I. 203, 4/14/14]

    G.    Limited Objection of Cure Amount for Equilibrium IT Solutions, Inc. [D.I. 204, 4/14/14]

    H.    Objection of General Electric Capital Corporation to: Notice of Filing of Amendment to Assumption, Assignment and Cure Schedule in Connection With Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets; and Debtors' Motion for Orders (I)(A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets and Authorizing the Debtors to Enter Into the Stalking Horse Agreement (B) Scheduling the Auction, (C) Authorizing Payment of the Break-Up Fee, (D) Approving the Deposit Escrow Agreement, (E) Approving the Assumption and Assignment Procedures Related to the Sale, (F) Scheduling the Sale Hearing, and (G) Approving the Form of the Sale Notice; and (II) (A) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Purchase Agreement for Such Sale, (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (D) Granting Related Relief [D.I. 205, 4/14/14]

I. AFS Technology's Objection to the Debtors' Proposed Cure Amount and Cure Notice [D.I. 206, 4/14/14]

J. Limited Objection of Robert Reiser & Co., Inc. to Sale of Certain of the Debtors' Assets [D.I. 210, 4/14/14]

K. Objection of AFCO Credit Corporation to Debtors' Sale Motion [D.I. 211, 4/14/14]

L. Limited Objection of Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services to Notice of Filing of Amendment to Assumption, Assignment and Cure Schedule in Connection With Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets [D.I. 212, 4/14/14]

M. Limited Objection of the Official Committee of Unsecured Creditors to Sale of Substantially All of the Debtors' Assets [D.I. 213, 4/14/14]

N. Limited Objection of G & K Services, Inc. to Notice of Filing of Amendment to Assumption, Assignment and Cure Schedule in Connection With Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets [D.I. 214, 4/14/14]

O. Limited Objection of Venture Marketing Group, Inc. to Debtors' Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets, and Amended Cure Schedule Thereto [D.I. 215, 4/14/14]

P. Asian Food Solutions, Inc.'s Objection to the Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets and Notice of Filing of Amendment to Assumption, Assignment and Cure Schedule in Connection With Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets  [D.I. 218, 4/14/14]

Q. Limited Objection and Reservation of Rights of Griffin Capital Corporation to Sale Motion and Amended Cure Notice [D.I. 226, 4/16/14]

R. Reservation of Rights of Farm Credit Leasing Services Corp. to Notice of Filing of Amendment to Assumption, Assignment and Cure Schedule in Connection With Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets [D.I. 240, 4/16/14]

Case 14-10318-KJC    Doc 259    Filed 04/19/14    Page 7 of 8

S.  Response of United Food & Commercial Workers Union Local 1546 Health and Welfare Fund, and United Food & Commercial Workers Union Local 1546 Pension Fund to Notice of Filing of Amendment to Assumption, Assignment and Cure Schedule in Connection With Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets [D.I. 249, 4/17/14]

T.  Response and Conditional Objection of United Food & Commercial Workers Union Local 1546 to Debtors' Motion for Order (A) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Purchase Agreement for Such Sale, (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (D) Granting Related Relief [D.I. 250, 4/17/14]

Related Documents:

U.  Notice of Motion [D.I. 34, 2/19/14]

V.  Notice of Filing of Asset Purchase Agreement in Connection With the Proposed Auction and Sale of Substantially All of the Debtors' Assets [D.I. 137, 3/14/14]

W.  Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets and Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (B) Scheduling the Auction, (C) Authorizing Reimbursement of Purchaser Expenses, (D) Approving the Deposit Escrow Agreement, (E) Approving the Assumption and Assignment Procedures Related to the Sale, (F) Scheduling the Sale Hearing, and (G) Approving the Form of the Sale Notice [D.I. 162, 3/18/14]

X.  Notice of Bid Deadline, Auction, and Sale Hearing in Connection With the Sale of Certain of the Debtors' Assets [D.I. 164, 3/19/14]

Y.  Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets [D.I. 177, 3/21/14]

Z.  Notice of Filing of Amendment to Assumption, Assignment and Cure Schedule in Connection With Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets [D.I. 197, 4/8/14]

AA. Notice of No Qualified Bidders and Cancellation of Auction [D.I. 241, 4/16/14]

Status: Item B has been resolved. Any contested cure objections are adjourned until May 28, 2014 at 3:00 p.m. (ET). **With respect to the sale, this matter will go forward as a status conference on April 22, 2014 at 10:00 a.m. (ET).**

| | |
|---|---|
| Dated: April 19, 2014<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Andrew L. Magaziner*<br>M. Blake Cleary (No. 3614)<br>Kenneth J. Enos (No. 4544)<br>Andrew L. Magaziner (No. 5426)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>WINSTON & STRAWN LLP<br>Daniel J. McGuire<br>Gregory M. Gartland<br>Caitlin S. Barr<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br><br>*Counsel for Debtors and Debtors in Possession* |