## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------- x
In re                                      :    Chapter 11
                                           :
QUANTUM FOODS, LLC, et al.,¹               :    Case No.  14-10318 (KJC)
                                           :
          Debtors.                         :    Jointly Administered
                                           :
----------------------------------------------------------- x
```

### NOTICE OF AMENDED² AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 29, 2014 AT 3:30 P.M. (ET)

> **\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT\*\***

## CONTESTED MATTER GOING FORWARD

1.  Debtors' Motion for Orders (I)(A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets and Authorizing the Debtors to Enter Into the Stalking Horse Agreement (B) Scheduling the Auction, (C) Authorizing Payment of the Break-Up Fee, (D) Approving the Deposit Escrow Agreement, (E) Approving the Assumption and Assignment Procedures Related to the Sale, (F) Scheduling the Sale Hearing, and (G) Approving the Form of the Sale Notice; and (II) (A) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Purchase Agreement for Such Sale, (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (D) Granting Related Relief [D.I. 16, 2/18/14]

    Sale Response Deadline:  April 14, 2014 at 4:00 p.m. (ET) [Extended until April 15, 2014 at 4:00 p.m. (ET) for the U.S. Department of Agriculture and the Environmental Protection Agency; Extended until April 17, 2014 at 11:00 a.m. (ET) for United Food & Commercial Workers International Union Local 1546, United Food  & Commercial Workers Union

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Quantum Foods, LLC (9437); Quantum Foods 213-D, LLC (1862); Quantum Culinary, LLC (1302); GDC Logistics, LLC (1997); Choice One Foods, LLC (9512).  The Debtors' mailing address is c/o Quantum Foods, LLC, 750 South Schmidt Road, Bolingbrook, Illinois 60440.

² **Amended items appear in bold.**

Local 1546 Health and Welfare Fund and
United Food  & Commercial Workers Union
Local 1546 Pension Fund]

Cure Notice Response Deadline:            April 14, 2014 at 4:00 p.m. (ET) [Extended
until April 15, 2014 at 4:00 p.m. (ET) for
Griffin Capital Corporation; Extended until
April 17, 2014 at 11:00 a.m. (ET) for Farm
Credit Leasing Services Corp. and United
Food & Commercial Workers International
Union Local 1546, United Food  &
Commercial Workers Union Local 1546
Health and Welfare Fund and United Food  &
Commercial Workers Union Local 1546
Pension Fund; Extended until the morning of
April 17, 2014 for Independent Purchasing
Cooperative, Inc.]

Responses Received:

A.      Informal response from the U.S. Department of Agriculture

B.      Informal response from Cracker Barrel

C.      Informal response from Independent Purchasing Cooperative, Inc. as to the
assignability of the contract

D.      Limited Objection of Raymond Leasing Corporation to the Sale, Assumption
or Assignment of Its Property Pursuant to the Order (A) Approving Bid
Procedures for the Sale of Substantially All of the Debtors' Assets and
Authorizing the Debtors to Enter Into the Stalking Horse Agreement,
(B) Scheduling the Auction, (C) Authorizing Reimbursement of Purchaser
Expenses, (D) Approving the Deposit Escrow Agreement, (E) Approving the
Assumption and Assignment Procedures Related to the Sale, (F) Scheduling
the Sale Hearing, and (G) Approving the Form of the Sale Notice [D.I. 199,
4/10/14]

E.      Limited Objection of PNCEF, LLC d/b/a PNC Equipment Finance to Debtors'
Proposed Assumption and Assignment of Certain Unexpired Leases and the
Cure Costs Related Thereto [D.I. 202, 4/14/14]

F.      Limited Objection and Reservation of Rights of Central States Automatic
Sprinklers, Inc. to Sale of Assets of Debtors [D.I. 203, 4/14/14]

G.      Limited Objection of Cure Amount for Equilibrium IT Solutions, Inc. [D.I.
204, 4/14/14]

H.    Objection of General Electric Capital Corporation to: Notice of Filing of Amendment to Assumption, Assignment and Cure Schedule in Connection With Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets; and Debtors' Motion for Orders (I)(A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets and Authorizing the Debtors to Enter Into the Stalking Horse Agreement (B) Scheduling the Auction, (C) Authorizing Payment of the Break-Up Fee, (D) Approving the Deposit Escrow Agreement, (E) Approving the Assumption and Assignment Procedures Related to the Sale, (F) Scheduling the Sale Hearing, and (G) Approving the Form of the Sale Notice; and (II) (A) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Purchase Agreement for Such Sale, (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (D) Granting Related Relief [D.I. 205, 4/14/14]

I.    AFS Technology's Objection to the Debtors' Proposed Cure Amount and Cure Notice [D.I. 206, 4/14/14]

J.    Limited Objection of Robert Reiser & Co., Inc. to Sale of Certain of the Debtors' Assets [D.I. 210, 4/14/14]

K.    Objection of AFCO Credit Corporation to Debtors' Sale Motion [D.I. 211, 4/14/14]

L.    Limited Objection of Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services to Notice of Filing of Amendment to Assumption, Assignment and Cure Schedule in Connection With Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets [D.I. 212, 4/14/14]

M.    Limited Objection of the Official Committee of Unsecured Creditors to Sale of Substantially All of the Debtors' Assets [D.I. 213, 4/14/14]

N.    Limited Objection of G & K Services, Inc. to Notice of Filing of Amendment to Assumption, Assignment and Cure Schedule in Connection With Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets [D.I. 214, 4/14/14]

O.    Limited Objection of Venture Marketing Group, Inc. to Debtors' Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets, and Amended Cure Schedule Thereto [D.I. 215, 4/14/14]

P.      Asian Food Solutions, Inc.'s Objection to the Notice to Counterparties to
        Executory Contracts and Unexpired Leases the Debtors May Assume and
        Assign as Part of Sale of All or Substantially All of Their Assets and Notice
        of Filing of Amendment to Assumption, Assignment and Cure Schedule in
        Connection With Notice to Counterparties to Executory Contracts and
        Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All
        or Substantially All of Their Assets  [D.I. 218, 4/14/14]

Q.      Limited Objection and Reservation of Rights of Griffin Capital Corporation to
        Sale Motion and Amended Cure Notice [D.I. 226, 4/16/14]

R.      Reservation of Rights of Farm Credit Leasing Services Corp. to Notice of
        Filing of Amendment to Assumption, Assignment and Cure Schedule in
        Connection With Notice to Counterparties to Executory Contracts and
        Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All
        or Substantially All of Their Assets [D.I. 240, 4/16/14]

S.      Response of United Food & Commercial Workers Union Local 1546 Health
        and Welfare Fund, and United Food & Commercial Workers Union Local
        1546 Pension Fund to Notice of Filing of Amendment to Assumption,
        Assignment and Cure Schedule in Connection With Notice to Counterparties
        to Executory Contracts and Unexpired Leases the Debtors May Assume and
        Assign as Part of Sale of All or Substantially All of Their Assets [D.I. 249,
        4/17/14]

T.      Response and Conditional Objection of United Food & Commercial Workers
        Union Local 1546 to Debtors' Motion for Order (A) Authorizing the Sale of
        Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other
        Interests, (B) Authorizing and Approving the Purchase Agreement for Such
        Sale, (C) Approving the Assumption and Assignment of Certain Executory
        Contracts and Unexpired Leases Related Thereto, and (D) Granting Related
        Relief [D.I. 250, 4/17/14]

Related Documents:

U.      Notice of Motion [D.I. 34, 2/19/14]

V.      Notice of Filing of Asset Purchase Agreement in Connection With the
        Proposed Auction and Sale of Substantially All of the Debtors' Assets [D.I.
        137, 3/14/14]

W.      Order (A) Approving Bid Procedures for the Sale of Substantially All of the
        Debtors' Assets and Authorizing the Debtors to Enter Into the Stalking Horse
        Agreement, (B) Scheduling the Auction, (C) Authorizing Reimbursement of
        Purchaser Expenses, (D) Approving the Deposit Escrow Agreement,
        (E) Approving the Assumption and Assignment Procedures Related to the
        Sale, (F) Scheduling the Sale Hearing, and (G) Approving the Form of the
        Sale Notice [D.I. 162, 3/18/14]

X.      Notice of Bid Deadline, Auction, and Sale Hearing in Connection With the
        Sale of Certain of the Debtors' Assets [D.I. 164, 3/19/14]

Y.      Notice to Counterparties to Executory Contracts and Unexpired Leases the
        Debtors May Assume and Assign as Part of Sale of All or Substantially All of
        Their Assets [D.I. 177, 3/21/14]

Z.      Notice of Filing of Amendment to Assumption, Assignment and Cure
        Schedule in Connection With Notice to Counterparties to Executory Contracts
        and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of
        All or Substantially All of Their Assets [D.I. 197, 4/8/14]

AA.     Notice of No Qualified Bidders and Cancellation of Auction [D.I. 241,
        4/16/14]

Status:     Item B has been resolved.  Any contested cure objections are adjourned until
            May 28, 2014 at 3:00 p.m. (ET).  **With permission from the Court, this
            matter is adjourned until May 2, 2014 at 11:00 a.m. (ET).**

Dated:  April 28, 2014                          YOUNG CONAWAY STARGATT & TAYLOR, LLP
        Wilmington, Delaware

                                                */s/ M. Blake Cleary*
                                                M. Blake Cleary (No. 3614)
                                                Kenneth J. Enos (No. 4544)
                                                Andrew L. Magaziner (No. 5426)
                                                Rodney Square
                                                1000 North King Street
                                                Wilmington, Delaware 19801
                                                Telephone: (302) 571-6600
                                                Facsimile: (302) 571-1253

                                                -and-

WINSTON & STRAWN LLP
Daniel J. McGuire
Gregory M. Gartland
Caitlin S. Barr
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Counsel for Debtors and
Debtors in Possession*