## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x

In re                                        :    Chapter 11
                                             :
QUANTUM FOODS, LLC, *et al.*,[1]             :    Case No.  14-10318 (KJC)
                                             :
         Debtors.                            :    Jointly Administered
                                             :
---------------------------------------------------- x

## NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS ORIGINALLY SCHEDULED FOR HEARING ON MAY 28, 2014 AT 2:00 P.M. (ET)[3]

> # PLEASE NOTE THE DATE AND TIME OF
> # THE HEARING HAS BEEN CHANGED TO MAY 29, 2014
> # AT 11:00 A.M. (ET) AT THE REQUEST OF THE COURT

## ADJOURNED MATTERS

1.   Debtors' First Omnibus Motion for an Order Authorizing Rejection of Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to February 19, 2014 [D.I. 27, 2/19/14]

     Response Deadline:                       March 5, 2014 at 4:00 p.m. (ET) [Extended until March 12, 2014 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors and United Food & Commercial Workers International Union Local 1546 and related funds]

     Responses Received:

          A.    Objection of David Prill [D.I. 81, 3/5/14]

          B.    Objection of Roger Wilson [D.I. 86, 3/6/14]

     Related Documents:

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Quantum Foods, LLC (9437); Quantum Foods 213-D, LLC (1862); Quantum Culinary, LLC (1302); GDC Logistics, LLC (1997); Choice One Foods, LLC (9512).  The Debtors' mailing address is c/o Quantum Foods, LLC, 750 South Schmidt Road, Bolingbrook, Illinois 60440.

[2]   **Amended items appear in bold.**

[3]   At the direction of the Court, the hearing which was originally scheduled for 3:00 p.m. (ET) will now begin at 2:00 p.m. (ET).

C.      Order Authorizing Rejection of Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to February 19, 2014 [D.I. 125, 3/12/14]

Status:     With respect to Items A and B, this matter is adjourned until June 26, 2014 at 3:00 p.m. (ET).  An order has been entered with respect to the remainder of this matter.

2.      Debtors' Motion for Orders (I)(A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets and Authorizing the Debtors to Enter Into the Stalking Horse Agreement (B) Scheduling the Auction, (C) Authorizing Payment of the Break-Up Fee, (D) Approving the Deposit Escrow Agreement, (E) Approving the Assumption and Assignment Procedures Related to the Sale, (F) Scheduling the Sale Hearing, and (G) Approving the Form of the Sale Notice; and (II) (A) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Purchase Agreement for Such Sale, (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (D) Granting Related Relief [D.I. 16, 2/18/14]

Sale Response Deadline:            April 14, 2014 at 4:00 p.m. (ET) [Extended until April 15, 2014 at 4:00 p.m. (ET) for the U.S. Department of Agriculture and the Environmental Protection Agency; Extended until April 17, 2014 at 11:00 a.m. (ET) for United Food & Commercial Workers International Union Local 1546, United Food  & Commercial Workers Union Local 1546 Health and Welfare Fund and United Food  & Commercial Workers Union Local 1546 Pension Fund]

Cure Notice Response Deadline:         April 14, 2014 at 4:00 p.m. (ET) [Extended until April 15, 2014 at 4:00 p.m. (ET) for Griffin Capital Corporation; Extended until April 17, 2014 at 11:00 a.m. (ET) for Farm Credit Leasing Services Corp. and United Food & Commercial Workers International Union Local 1546, United Food  & Commercial Workers Union Local 1546 Health and Welfare Fund and United Food  & Commercial Workers Union Local 1546 Pension Fund; Extended until the morning of April 17, 2014 for Independent Purchasing Cooperative, Inc.]

Responses Received:

A.      Informal response from the U.S. Department of Agriculture

B.      Informal response from Cracker Barrel

C.      Informal response from Independent Purchasing Cooperative, Inc. as to the assignability of the contract

D.      Limited Objection of Raymond Leasing Corporation to the Sale, Assumption or Assignment of Its Property Pursuant to the Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets and Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (B) Scheduling the Auction, (C) Authorizing Reimbursement of Purchaser Expenses, (D) Approving the Deposit Escrow Agreement, (E) Approving the Assumption and Assignment Procedures Related to the Sale, (F) Scheduling the Sale Hearing, and (G) Approving the Form of the Sale Notice [D.I. 199, 4/10/14]

E.      Limited Objection of PNCEF, LLC d/b/a PNC Equipment Finance to Debtors' Proposed Assumption and Assignment of Certain Unexpired Leases and the Cure Costs Related Thereto [D.I. 202, 4/14/14]

F.      Limited Objection and Reservation of Rights of Central States Automatic Sprinklers, Inc. to Sale of Assets of Debtors [D.I. 203, 4/14/14]

G.      Limited Objection of Cure Amount for Equilibrium IT Solutions, Inc. [D.I. 204, 4/14/14]

H.      Objection of General Electric Capital Corporation to: Notice of Filing of Amendment to Assumption, Assignment and Cure Schedule in Connection With Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets; and Debtors' Motion for Orders (I)(A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets and Authorizing the Debtors to Enter Into the Stalking Horse Agreement (B) Scheduling the Auction, (C) Authorizing Payment of the Break-Up Fee, (D) Approving the Deposit Escrow Agreement, (E) Approving the Assumption and Assignment Procedures Related to the Sale, (F) Scheduling the Sale Hearing, and (G) Approving the Form of the Sale Notice; and (II) (A) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Purchase Agreement for Such Sale, (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (D) Granting Related Relief [D.I. 205, 4/14/14]

I.      AFS Technology's Objection to the Debtors' Proposed Cure Amount and Cure Notice [D.I. 206, 4/14/14]

J.      Limited Objection of Robert Reiser & Co., Inc. to Sale of Certain of the Debtors' Assets [D.I. 210, 4/14/14]

K.      Objection of AFCO Credit Corporation to Debtors' Sale Motion [D.I. 211, 4/14/14]

L.      Limited Objection of Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services to Notice of Filing of Amendment to Assumption, Assignment and Cure Schedule in Connection With Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets [D.I. 212, 4/14/14]

M.      Limited Objection of the Official Committee of Unsecured Creditors to Sale of Substantially All of the Debtors' Assets [D.I. 213, 4/14/14]

N.      Limited Objection of G & K Services, Inc. to Notice of Filing of Amendment to Assumption, Assignment and Cure Schedule in Connection With Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets [D.I. 214, 4/14/14]

O.      Limited Objection of Venture Marketing Group, Inc. to Debtors' Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets, and Amended Cure Schedule Thereto [D.I. 215, 4/14/14]

P.      Asian Food Solutions, Inc.'s Objection to the Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets and Notice of Filing of Amendment to Assumption, Assignment and Cure Schedule in Connection With Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets  [D.I. 218, 4/14/14]

Q.      Limited Objection and Reservation of Rights of Griffin Capital Corporation to Sale Motion and Amended Cure Notice [D.I. 226, 4/16/14]

R.      Reservation of Rights of Farm Credit Leasing Services Corp. to Notice of Filing of Amendment to Assumption, Assignment and Cure Schedule in Connection With Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets [D.I. 240, 4/16/14]

S.      Response of United Food & Commercial Workers Union Local 1546 Health and Welfare Fund, and United Food & Commercial Workers Union Local 1546 Pension Fund to Notice of Filing of Amendment to Assumption, Assignment and Cure Schedule in Connection With Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets [D.I. 249, 4/17/14]

T.  Response and Conditional Objection of United Food & Commercial Workers Union Local 1546 to Debtors' Motion for Order (A) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Purchase Agreement for Such Sale, (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (D) Granting Related Relief [D.I. 250, 4/17/14]

U.  Objection of Infor (US), Inc. to Proposed Sale of Substantially All of the Debtors' Assets and Proposed Assumption and Assignment of Executory Contracts [D.I. 287, 4/29/14]

Related Documents:

V.  Notice of Motion [D.I. 34, 2/19/14]

W.  Notice of Filing of Asset Purchase Agreement in Connection With the Proposed Auction and Sale of Substantially All of the Debtors' Assets [D.I. 137, 3/14/14]

X.  Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets and Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (B) Scheduling the Auction, (C) Authorizing Reimbursement of Purchaser Expenses, (D) Approving the Deposit Escrow Agreement, (E) Approving the Assumption and Assignment Procedures Related to the Sale, (F) Scheduling the Sale Hearing, and (G) Approving the Form of the Sale Notice [D.I. 162, 3/18/14]

Y.  Notice of Bid Deadline, Auction, and Sale Hearing in Connection With the Sale of Certain of the Debtors' Assets [D.I. 164, 3/19/14]

Z.  Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets [D.I. 177, 3/21/14]

AA.  Notice of Filing of Amendment to Assumption, Assignment and Cure Schedule in Connection With Notice to Counterparties to Executory Contracts and Unexpired Leases the Debtors May Assume and Assign as Part of Sale of All or Substantially All of Their Assets [D.I. 197, 4/8/14]

BB.  Notice of No Qualified Bidders and Cancellation of Auction [D.I. 241, 4/16/14]

CC.  Notice of Further Continuance of Sale Hearing [D.I. 286, 4/30/14]

Status:  Item B has been resolved.  This matter is adjourned until June 26, 2014 at 3:00 p.m. (ET).

3.       JPMorgan Chase Bank N.A.'s Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) and (2) [D.I. 263, 4/22/14]

       <u>Response Deadline</u>:               May 21, 2014 at 4:00 p.m. (ET)

       <u>Responses Received</u>:            None.

       <u>Related Documents</u>:

           A.       Affidavit in Support [D.I. 293, 5/1/14]

       <u>Status</u>:     This matter is adjourned by agreement of the parties until June 26, 2014 at 3:00 p.m. (ET).

## UNCONTESTED MATTER – CERTIFICATION TO BE FILED

4.       Debtors' Motion for an Order Authorizing Rejection of that Certain Ryder Truck Lease and Related Service Agreement *Nunc Pro Tunc* to May 23, 2014 [D.I. 305, 5/7/14]

       <u>Response Deadline</u>:               May 21, 2014 at 4:00 p.m. (ET)

       <u>Responses Received</u>:            None.

       <u>Related Documents</u>:

           A.       Certificate of No Objection [D.I. 368, 5/27/14]

           B.       Proposed Order

       <u>Status</u>:     No objections have been received and a Certificate of No Objection has been filed.  No hearing is required.

## UNCONTESTED MATTERS GOING FORWARD

5.       Debtors' Motion for Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 318, 5/14/14]

       <u>Response Deadline</u>:               May 27, 2014 at 12:00 Noon (ET)
       <u>Related Documents</u>:

           A.       Order Shortening the Time for Notice of the Hearing to Consider Debtor's Motion [D.I. 327, 5/16/14]

       **<u>Responses Received</u>**:

           B.       Limited Objection and Reservation of Rights of Griffin Capital Corporation [D.I. 365, 5/27/14]

Status:    This matter is going forward.

6.    Debtors' Motion for Entry of an Order: (i) Approving the Agency and Sale Agreement Between the Debtors and Tiger Remarketing Services with Respect to the Sale of the Debtors Machinery, Equipment, Furniture and Fixtures; (ii) Approving the Agency and Sale Agreement Between the Debtors and Tiger Capital Group, LLC with Respect to the Sale of The Debtors Inventory and Intellectual Property; (iii) Establishing Sale Procedures Relating to Turn-Key Asset Sales; (iv) Authorizing Alternative Sale and Liquidation of Assets Through Public Auction; and (v) Waiving One or More of the Information Requirements of Local Rule 2016-2 [D.I. 330, 5/16/14]

Response Deadline:                    May 27, 2014 at 12:00 Noon (ET) [Extended until May 27, 2014 at 2:00 p.m. ET) for PNCEF, LLC dba PNC Equipment Finance]

Responses Received:

   A.    Informal comments from the Office of the United States Trustee

Related Documents:

   B.    Order Shortening the Time for Notice of the Hearing to Consider Debtor's Motion [D.I. 335, 5/19/14]

   C.    Notice of Filing Exhibits to Debtors' Motion [D.I. 343, 5/20/14]

Additional Responses Received:

   D.    Objection of General Electric Capital Corporation [D.I. 361, 5/27/14]

   E.    Limited Objection and Reservation of Rights of Griffin Capital Corporation [D.I. 364, 5/27/14]

   F.    Objection of PNCEF, LLC dba PNC Equipment Finance [D.I. 366, 5/27/14]

Status:    The Debtors are working with the Office of the United States Trustee to resolve its informal comments to the proposed relief.  This matter is going forward.

7.    Emergency Motion of General Electric Capital Corporation for Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) or, Alternatively, for Adequate Protection Pursuant to 11 U.S.C. § 363(e) [D.I. 348, 5/21/14]

Response Deadline:                    May 28, 2014 at 12:00 Noon (ET).

Responses Received:                    None at this time.

Related Documents:

    A.    Order Shortening Notice With Respect to Emergency Motion [D.I. 357, 5/22/14]

Status:    The Debtors and GECC are currently in discussions with respect to a potential resolution of this matter. In the event a resolution is not reached by the response deadline, the Debtors anticipate filing an objection prior to the hearing.

Dated:   May 28, 2014
         Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ M. Blake Cleary*
M. Blake Cleary (No. 3614)
Kenneth J. Enos (No. 4544)
Andrew L. Magaziner (No. 5426)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

WINSTON & STRAWN LLP
Daniel J. McGuire
Gregory M. Gartland
Caitlin S. Barr
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Counsel for Debtors and
Debtors in Possession*