IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUANTUM FOODS, LLC, *et al.*, | Case No. 14-10318 (KJC) |
| Debtors.[1] | Jointly Administered |
| | **Related Docket No. 447** |

## NOTICE OF SUBMISSION OF SUGAR CREEK PACKING CO.'S COMPETING BID

**PLEASE TAKE NOTICE** that on June 18, 2014, Sugar Creek Packing Co. ("Sugar Creek") delivered to the Debtors the: (i) Asset Purchase Agreement; (ii) Bidder Qualification Form; (iii) Lot Catalog; and (iv) Deposit, which collectively comprise the "Sugar Creek Bid", copies of which are attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that Sugar Creek asserts that the Sugar Creek Bid represents a higher and better bid for the Assets[2] than the bid of West Liberty Foods, L.C.C.

**PLEASE TAKE FURTHER NOTICE** that on June 18, 2014, Sugar Creek filed its *Response to the Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Code Sections 105(a), 363, and 365, Bankruptcy Rules 2002, 6004 and 9014, and Local Rule 6004-1: (I) Approving Entry into Purchase Agreement for Sale of Equipment Located in their Culinary and Foods Facilities; (II) Authorizing Private Sale of Equipment Located in their Culinary and Foods Facilities Free and Clear of Liens, Claims, Encumbrances, and Other Interests on Terms*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Quantum Foods, LLC (9437); Quantum Foods 213-D, LLC (1862); Quantum Culinary, LLC (1302); GDC Logistics, LLC (1997); Choice One Foods, LLC (9512) (collectively the "Debtors"). The Debtors' mailing address is c/o Quantum Foods, LLC, 750 South Schmidt Road, Bolingbrook, Illinois 60440.

[2] The Assets include two of the Debtors' facilities located in Bolingbrook, Illinois, equipment at those facilities, and certain equipment and other items located at other locations.

{00868731;v1 }    1

*and Conditions set forth in Purchase Agreement; and (III) Granting Related Relief* [Docket No. 447].

| | |
|---|---|
| Dated: June 19, 2014 | Respectfully submitted, |

/s/ *signature*

**ASHBY & GEDDES**
William P. Bowden (No. 2553)
Stacy L. Newman (No. 5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
(302) 654-2067 (facsimile)
wbowden@ashby-geddes.com
snewman@ashby-geddes.com

-and-

Louis F. Solimine (OH0014221)
James J. Henderson (OH0084385)
**THOMPSON HINE LLP**
312 Walnut St., Suite 1400
Cincinnati, Ohio 45202-4029
(513) 352-6700
(513) 241-4771 (facsimile)
louis.solimine@thompsonhine.com
james.henderson@thompsonhine.com

*Counsel for Sugar Creek Packing Co.*