# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>QUANTUM FOODS, LLC, *et al.*,<br><br>Debtors. | Case No. 14-10318-KJC<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE TO STRIKE APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

The undersigned hereby withdraws their appearance as counsel for creditor THE REALTY ASSOCIATES FUND VIII, L.P., in the above-captioned bankruptcy and requests that they be removed from the CM/ECF noticing list and any other service list in this case.

Respectfully submitted,

**FRIEDLANDER MISLER, PLLC**

By: */s/ Robert E. Greenberg*
Robert E. Greenberg, Esq.
Thomas F. Murphy, Esq.
Lindsay A. Thompson, Esq.
5335 Wisconsin Avenue, N.W.
Suite 600
Washington, D.C. 20015
202-872-0800
*Counsel for The Realty Associates Fund VIII, L.P.*

## Certificate of Service

I hereby certify that on October 16, 2014, I served a copy of the foregoing by first class mail, postage prepaid, upon the persons and entities reflected on the attached service list.

/s/ Robert E. Greenberg
Robert E. Greenberg

## Service List

ConAgra Foods Inc.
Todd Banchor, C.C.E.
Senior Financial Analyst
One ConAgra Drive, 1-220
Omaha, NE 68102-5003

PNC Bank, National Association
c/o Richard I. Hutson, Esq.
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, MD 21208-6319

U.S. Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801

Andrew L. Magaziner, Esq.
Young, Conaway, Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801-3335

Gregory Michael Gartland, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-1695

BMC Group, Inc.
www.bmcgroup.com
Attn: Claims & Noticing Agent
18675 Lake Drive East
Chanhassen, MN 55317-9383

Farm Credit Leasing Services Corp.
c/o Kathleen A. Murphy, Esq.
Buchanan Ingersoll & Rooney PC
1105 N. Market St., Ste. 1900
Wilmington, DE 19801-1228

Peco Foods, Inc.
c/o Cousins Chipman & Brown, LLP
1007 North Orange Street
Suite 1110
Wilmington, DE 19801-1236

ConAgra Foods Inc.
One ConAgra Drive
Mail Stop 1/220
Omaha, NE 68102-5003

Caitlin S. Barr
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601-1695

Kenneth J. Enos, Esq.
Young, Conaway, Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE 19801-3335

Canon Financial Services, Inc. c/o Fleischer
Fleischer, Fleischer & Suglia
Plaza 1000 at Main Street
Suite 208
Voorhees, NJ 08043

Missouri Department of Revenue
Bankruptcy Unit
PO Box 475
Jefferson City, MO 65105-0475

Quantum Foods, LLC
750 South Schmidt Road
Bolingbrook, IL 60440-4813

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801-3519

Daniel J. McGuire, Esq.
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-1695

M. Blake Cleary, Esq.
Young, Conaway, Stargatt & Taylor
1000 North King Street
Wilmington, DE 19801-3335

Atraradius Trade Credit Insurance, inc.
Attn: Dana Santilli
230 Schilling Circle
Suite 240
Hunt Valley, MD 20131-1409

Central Beef Ind., L.L.C.
Cousins Chipman & Brown, LLP
1007 North Orange Street
Suite 1110
Wilmington, DE 19801-1236

Euler Hermes North America
800 Red Brook Boulevard
Owings Mills, MD 21117-5173

JPMorgan Chase Bank, N.A.
Whittington & Aulgur
651 N. Broad Street
Suite 206
P.O. Box 1040
Middletown, DE 19709-7040

CAPITAL ONE, N.A.
PO Box 12907
Norfolk, VA 23541-0907

AFS Technologies, Inc.
White and Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19801-4908

Marsh Supermarkets, LLC
9800 Crosspoint Boulevard
Indianapolis, IN 46256-3300

PNCEF, LLC dba PNC Equipment Finance
c/o Richard I. Hutson, Esq.
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, MD 21208-6319

Raymond Leasing Corporation
Attn: Scott Barth
20 South Canal Street
Greene, NY 13778-1280

Atradius Trade Credit Insurance, Inc.
Attn: Claims Department
230 Schilling Circle, Suite 240
Hunt Valley, MD 21031-1409

CFC, Inc.
30 E. Oakton Street
Des Plaines, IL 60018-1945

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

J. Rettenmaier USA Ltd.
Attn: Patrick Fillar
16369 US Highway 131 S
Schoolcraft, MI 49087-9150

Robert Reiser & Col., Inc.
P.O. Box 33001
Newark, NJ 07188-0001

UMR
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1803

Eastern Poultry Distributors, Inc.
224 Ponte Vedra Park Drive, Suite 100
Ponte Vedra, FL 32082-6622
Attn: Grant M. Conway

Receivable Management Services (RMS)
c/o Ronald L. Rowland
307 International Circle, Ste. 270
Hunt Valley, MD 21030-1322

The Ins. Co. Of the St. of Pennsylvania, Phi
c/o SilvermanAcampora LLP
100 Jericho Quadrangle, Ste. 300
Jericho, NY 11753-2702

Sean G. Wieber
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-1695

Harvest Meat Company, Inc.
PO Box 31001-1065
Pasadena, CA 981110-1065

Taurus Food Products
36800 N. Sidewinder Rd. B19
Carefree, AZ 85377

The Ins. Company of the State of Pennsylvania
c/o SilvermanAcampora LLP
Attn: Adam L. Rosen
100 Jericho Quadrangle, Ste. 300
Jericho, NY 11753-2702

J. Rettenmaier USA
Attn: Patrick Fillar
16369 US Highway 131 S
Schoolcraft, MI 49087-9150

The Doug Jeffords Co, Inc.
116 Seaboard Lane
Franklin, TN 37067-8218

Mark D. Collins, Esq.
L. Katherine Good, Esq.
Robert Charles Maddox, Esq.
Michael J. Merchant, Esq.
Christopher M. Samis, Esq.
Russell C. Silberglied, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801