**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
                        :    **Chapter 11**

*In re:*                        :

                        :    **Case No. 14-10318 (KJC)**

**QUANTUM FOODS, LLC,** *et al.,*[1]   :

                        :    **Jointly Administered**

        **Debtors.**          :

                        :    **Docket Ref. No. 1798**

                        :

---------------------------------------------------------x

### NOTICE REGARDING FINAL DISTRIBUTION SCHEDULE

**PLEASE TAKE NOTICE THAT**, on March 20, 2018, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Dismissing the Debtors' Chapter 11 Cases; (II) Establishing Procedures With Respect to Final Fee Application; (III) Authorizing the Debtors to Make Pro Rata Distributions to Claimants Holding Allowed Claims Under Section 503(b) Of the Bankruptcy Code Pursuant to, and Consistent With, the Court's First Amended Order Amending Final Order (1) Authorizing Post-Petition Financing, (2) Granting Liens and Providing Super Priority Administrative Expense Priority, (3) Authorizing Use of Cash Collateral and Providing for Adequate Protection; and (4) Modifying the Automatic Stay, Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014 [Docket No. 353]; (IV) Authorizing the Debtors to Abandon Books and Records; and (V) Granting Related Relief* [Docket No. 1793] (the "Distribution and Dismissal Motion").[2]

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Quantum Foods, LLC (9437); Quantum Foods 213-D, LLC (1862); Quantum Culinary, LLC (1302); GDC Logistics, LLC (1997); Choice One Foods, LLC (9512).  The Debtors' mailing address is c/o Quantum Foods, LLC, 750 South Schmidt Road, Bolingbrook, Illinois 60440.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Distribution and Dismissal Motion or Distribution Order, as applicable.

01:23286403.1

**PLEASE TAKE FURTHER NOTICE THAT**, on April 6, 2018, the Court entered an order approving the relief requested in the Distribution and Dismissal Motion [Docket No. 1798] (the "Distribution Order").

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Distribution Order, the Debtors were authorized to distribute cash in the Available Distribution Fund to holders of Allowed 503(b) Claims on a pro rata basis on the terms set forth on the Distribution Schedule annexed to the distribution Order as Exhibit A, as may be modified upon notice on the docket after certain payments were made and the amount in the Available Distribution Fund was final.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors have paid all allowed Professional Fees, U.S. Trustee Fees have been calculated and reserved, and the Professional Fee Reserve has been funded.  Accordingly, the amount in the Available Distribution Fund is now final and the Debtors will make distributions to holders of Allowed 503(b) Claims on the terms set forth in the revised Distribution Schedule (the "Revised Distribution Schedule") attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE THAT**, upon making the payments set forth in the Revised Distribution Schedule and complying with the Distribution Order in all respects, the Debtors will seek entry of the Dismissal Order, a copy of which is attached to the Distribution Order as Exhibit B, under certification of counsel.

01:23286403.1

Dated:   June 18, 2018
   Wilmington, Delaware   YOUNG CONAWAY STARGATT
            & TAYLOR, LLP


        */s/ Andrew L. Magaziner*
        M. Blake Cleary (No. 3614)
        Kenneth J. Enos (No. 4544)
        Andrew L. Magaziner (No. 5426)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253


          -and-

        WINSTON & STRAWN LLP

        Daniel J. McGuire
        Gregory M. Gartland
        Caitlin S. Barr
        35 West Wacker Drive
        Chicago, Illinois 60601
        Telephone: (312) 558-5600
        Facsimile: (312) 558-5700

        *Counsel for Debtors and*
        *Debtors in Possession*

01:23286403.1

3