## Exhibit A

**REVISED DISTRIBUTION SCHEDULE**

01:23286403.1

**Administrative Claims Distribution Schedule**

| Claim # | Claimaint Name | Allowed Administrative Claims | Pro Rata Distribution | Distribution | Recovery % |
|---|---|---|---|---|---|
| 6 | TAURUS FOOD PRODUCTS | 254,925.00 | 3.9% | 65,666.31 | 25.8% |
| 23 | CONTINENTAL CARBONIC PRODUCTS, INC. | 311.45 | <0.1% | 80.23 | 25.8% |
| 76 | LINDE LLC | 92,375.54 | 1.4% | 23,795.08 | 25.8% |
| 78 | LINDE LLC | 7,420.89 | 0.1% | 1,911.55 | 25.8% |
| 94 | PAMCO LABEL CO INC | 1,835.00 | <0.1% | 472.68 | 25.8% |
| 103 | TANNOR PARTNERS CREDIT FUND LP | 88,700.00 | 1.4% | 22,848.29 | 25.8% |
| 105 | LINDE LLC | 53,610.37 | 0.8% | 13,809.53 | 25.8% |
| 106 | LINDE LLC | 8,355.58 | 0.1% | 2,152.32 | 25.8% |
| 122 | MOTION INDUSTRIES | 845.28 | <0.1% | 217.74 | 25.8% |
| 124 | EXCEL DISPLAYS & PACKAGING INC | 119,315.00 | 1.8% | 30,734.43 | 25.8% |
| 131 | FORAN SPICE CO INC | 8,319.06 | 0.1% | 2,142.91 | 25.8% |
| 132 | CENTRALIZED SUPPLY CHAIN SERVICES LLC | 27,264.57 | 0.4% | 7,023.10 | 25.8% |
| 139 | ICL FOOD SPECIALTIES | 9,230.00 | 0.1% | 2,377.56 | 25.8% |
| 147 | STATE OF WASHINGTON DEPT OF REVENUE | 626.34 | <0.1% | 161.34 | 25.8% |
| 148 | TYSON FRESH MEATS INC | 1,353,841.09 | 20.8% | 348,736.86 | 25.8% |
| 149 | FFE TRANSPORATION SERVICES INC | 30,985.84 | 0.5% | 7,981.66 | 25.8% |
| 171 | CENTRAL BEEF INDUSTRIES LLC | 399,571.30 | 6.1% | 102,925.85 | 25.8% |
| 180 | HIRZEL CANNING CO | 11,198.24 | 0.2% | 2,884.56 | 25.8% |
| 181 | DUN & BRADSTREET | 12,245.00 | 0.2% | 3,154.20 | 25.8% |
| 182 | CARGILL INCORPORATED | 31,349.16 | 0.5% | 8,075.25 | 25.8% |
| 185 | ONE WAY SOLUTIONS, LLC | 210.00 | <0.1% | 54.09 | 25.8% |
| 186 | ONE WAY SOLUTIONS, LLC | 210.00 | <0.1% | 54.09 | 25.8% |
| 198 | STATE OF WASHINGTON DEPT OF REVENUE | 2,050.00 | <0.1% | 528.06 | 25.8% |
| 206 | BEARING HEADQUARTERS CO. | 4,414.71 | <0.1% | 1,137.19 | 25.8% |
| 213 | ILLINOIS AUDIO PRODUCTIONS, INC | 300.00 | <0.1% | 77.28 | 25.8% |
| 223 | HANOVER FOODS CORPORATION | 23,598.03 | 0.4% | 6,078.63 | 25.8% |
| 226 | APEX INDUSTRIAL AUTOMATION LLC | 1,191.93 | <0.1% | 307.03 | 25.8% |
| 237 | NORTHWEST CASTER & EQUIPMENT | 1,461.15 | <0.1% | 376.38 | 25.8% |
| 238 | APPLIED INDUSTRIAL TECHNOLOGIES INC | 3,324.61 | <0.1% | 856.39 | 25.8% |
| 239 | CONSTELLATION NEW ENERGY GAS DIV LLC | 37,936.49 | 0.6% | 9,772.09 | 25.8% |
| 243 | USDA/FOOD SAFETY & INSPECTION SERVICE | 7,135.65 | 0.1% | 1,838.08 | 25.8% |

**Administrative Claims Distribution Schedule**

| Claim # | Claimaint Name | Allowed Administrative Claims | Pro Rata Distribution | Distribution | Recovery % |
|---|---|---|---|---|---|
| 248 | WESCO DISTRIBUTION INC | 1,110.14 | <0.1% | 285.96 | 25.8% |
| 251 | CROWN CREDIT COMPANY | 39,062.92 | 0.6% | 10,062.24 | 25.8% |
| 253 | KAVINOKY COOK LLP | 5,098.64 | <0.1% | 1,313.36 | 25.8% |
| 257 | ASSURED PEST CONTROL INC | 4,980.00 | <0.1% | 1,282.80 | 25.8% |
| 262 | NORTHWEST ANALYTICS INC | 580.50 | <0.1% | 149.53 | 25.8% |
| 282 | LION LOGISTICS INC | 1,950.00 | <0.1% | 502.30 | 25.8% |
| 286 | RONALD L WADLE | 120.00 | <0.1% | 30.91 | 25.8% |
| 294 | CROWN EQUIPMENT CORPORATION | 65,675.40 | 1.0% | 16,917.37 | 25.8% |
| 296 | MDT PACKAGING, INC | 5,143.35 | <0.1% | 1,324.88 | 25.8% |
| 304 | STEPP EQUIPMENT COMPANY | 2,496.00 | <0.1% | 642.95 | 25.8% |
| 306 | MARSH USA INC | 713,585.00 | 11.0% | 183,812.85 | 25.8% |
| 308 | RED ARROW PRODUCTS CO LLC | 53,707.43 | 0.8% | 13,834.53 | 25.8% |
| 313 | RICHARDS, LAYTON & FINGER PA | 72,235.92 | 1.1% | 18,607.30 | 25.8% |
| 318 | CASE FARMS, LLC | 387,709.44 | 6.0% | 99,870.34 | 25.8% |
| 330 | DOCTOR`S ASSOCIATE INC | 9,253.00 | 0.1% | 2,383.49 | 25.8% |
| 345 | LIBERTY MUTUAL INSURANCE COMPANY | 319,879.00 | 4.9% | 82,397.85 | 25.8% |
| 347 | HELMSMAN MANAGEMENT SERVICES, LLC | 11,901.00 | 0.2% | 3,065.59 | 25.8% |
| 360 | UFCW LOCAL 1546-H&W FUND | 65,416.00 | 1.0% | 16,850.55 | 25.8% |
| 362 | UFCW LOCAL 1546-H&W FUND | 341,510.00 | 5.2% | 87,969.80 | 25.8% |
| 368 | UFCW LOCAL 1546 PENSION FUND | 122,830.00 | 1.9% | 31,639.86 | 25.8% |
| 371 | UFCW LOCAL 1546 PENSION FUND | 23,528.00 | 0.4% | 6,060.59 | 25.8% |
| 388 | HOVUS, INC | 35,000.00 | 0.5% | 9,015.67 | 25.8% |
| 389 | HOVUS, INC | 20,153.54 | 0.3% | 5,191.36 | 25.8% |
| 390 | SARATOGA FOOD SPECIALTIES | 8,255.90 | 0.1% | 2,126.64 | 25.8% |
| 395 | PECO FOODS, INC | 532,800.00 | 8.2% | 137,244.32 | 25.8% |
| 396 | AFFILIATED CONTROL EQUIPMENT CO. | 1,228.03 | <0.1% | 316.33 | 25.8% |
| 399 | LASMA RESOURCE GROUP, INC. | 12,475.00 | 0.2% | 3,213.44 | 25.8% |
| 402 | Midland Paper Company | 8,245.60 | 0.1% | 2,123.99 | 25.8% |
| 405 | OREGEL, MARIA G | 8,892.00 | 0.1% | 2,290.50 | 25.8% |
| 407 | ESCOBAR, FLORENCIO | 12,475.00 | 0.2% | 3,213.44 | 25.8% |
| 417 | VAN HEES INC. | 1,287.90 | <0.1% | 331.75 | 25.8% |

**Administrative Claims Distribution Schedule**

| Claim # | Claimaint Name | Allowed Administrative Claims | Pro Rata Distribution | Distribution | Recovery % |
|---|---|---|---|---|---|
| 424 | DIRECT ENERGY BUSINESS | 11,982.38 | 0.2% | 3,086.55 | 25.8% |
| 448 | ILLINOIS AUDIO PRODUCTIONS INC | 450.00 | <0.1% | 115.92 | 25.8% |
| 450 | WASTE MANAGEMENT | 884.45 | <0.1% | 227.83 | 25.8% |
| 451 | CM MARKETING COMMUNICATION | 1,625.00 | <0.1% | 418.58 | 25.8% |
| 453 | Iron Mountain Information Management, LLC | 9,697.44 | 0.1% | 2,497.97 | 25.8% |
| 454 | INTERNAL REVENUE SERVICE | 3,661.21 | <0.1% | 943.09 | 25.8% |
| 148-A | Crystal Financial | 1,000,000.00 | 15.4% | 257,590.69 | 25.8% |
| **Total** | | **6,511,042.47** | **100.0%** | **1,677,183.91** | **25.8%** |